AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

JUN 12 2014

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AHMAD 'UMAR AGHA (a/k/a "THE PRO") FIRAS DARDAR (a/k/a "THE SHADOW") | ) ) ) ) | Case No. 1:14-MJ-292  **UNDER SEAL** |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 2011 - January 2014__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 371 | Conspiracy |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

*signature*
Complainant's signature

Patrick DiMauro, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/12/14

City and state: Alexandria, VA

/s/Thomas Rawles Jones, Jr.
*Judge's signature*

The Honorable T. Rawles Jones, Jr.
U.S. Magistrate Judge
*Printed name and title*

Reviewed and Approved by AUSA Jay V. Prabhu