Judge: **Michael S. Nachmanoff**

Date: 11/6/2025
Time: 9:57 A.M. to 11:08 A.M.

Reporter: Diane Salters
Courtroom Deputy: Lynnelle Creek
Interpreter: Ghada Attieh
Language: Arabic

**UNITED STATES of AMERICA**
        Vs.

**AHMAD 'UMAR AGHA**       1:18-CR-221
Defendant's Name      Case Number

Zachary Deubler      Laura Withers and Jacques Singer Emery

Counsel for Defendant      Counsel for Government

Matter called for:
( ) Motions      ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
(✓) Arraignment      ( ) Appeal from USMC      ( ) Sentencing      ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.      ( ) Pre-Indictment Plea      ( ) Other: _____

Defendant appeared:      (✓) in person      ( ) failed to appear
                       (✓) with Counsel      ( ) without counsel      ( ) through counsel

Filed in open court:
( ) Criminal Information      ( ) Plea Agreement      ( ) Statement of Facts      ( ) Waiver of Indictment      (✓) Discovery Order

## ARRAIGNMENT AND PLEA:

(✓) WFA      ( ) FA      ( ) PG      (✓) PNG      Trial by Jury:      (✓) Demanded      ( ) Waived

- 
- Case continued to **12/18/2025 at 10:00:00 a.m.** for a **Status Conference**.
- Defense notes objection in open court.
- Speedy Trial time excluded.
- Defendant remanded.