Case 1:18-cr-00221-MSN   Document 34   Filed 11/07/25   Page 1 of 1 PageID# 153



U.S. Department of Justice

Justice Management Division

Security and Emergency Planning Staff

Washington, D.C. 20530

November 4, 2025

The Honorable Michael S. Nachmanoff
United States District Court
 for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

    Re: *United States v. Ahmad 'Umar Agha, et al. (1:18-cr-00221)*

Dear Judge Nachmanoff:

Pursuant to paragraph two of the "Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information," I recommend Ms. Jennifer H. Campbell, Supervisory Security Specialist, for the position of Classified Information Security Officer in the above-captioned case. I also recommend Security Specialists Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate Classified Information Security Officers. I certify that the above-named individuals, all of whom are employees of the Litigation Security Group, retain the required security clearance for the category of classified information involved in this litigation. I also affirm that they maintain the requisite competence and qualifications to perform security-related functions. Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties outlined in the above-cited procedures.

If you have any questions, please call me or Christine E. Gunning, Deputy Department Security Officer, on (202) 514-2094.

Respectfully submitted,

James L. Dunlap
Department Security Officer

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge

11/7/25